AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Insun Kim | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:17-cv-2027-RMG |
| Progressive Northern Insurance Company | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

■ the plaintiff Insun Kim recover nothing, the complaint be DISMISSED WITH PREJUDICE and without service of process, except that the Clerk is directed to mail this Order to defendant Progressive Northern Insurance Company, and it further ENJOINS plaintiff Insun Kim from filing any federal action that asserts claims against Progressive Northern Insurance Company, or its affiliates, assignees, or successors, relating to an automobile accident on September 7, 2014.

This action was

■ decided by the Honorable Richard M. Gergel, United States District Judge, having adopted the Report and Recommendation of Magistrate Judge Bristow Marchant.

Date:   November 29, 2017                                    *CLERK OF COURT*    Robin L. Blume

                                                                                                s/S. Shealy
                                                                            _____
                                                                            *Signature of Clerk or Deputy Clerk*